UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER DANIEL BROWN,

    Plaintiff,

    v.                                      Case No. 19-C-1303

EARNELL LUCAS,

    Defendant.

**ORDER**

Plaintiff Christopher Daniel Brown, who is currently representing himself, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated while in custody at the Milwaukee County Jail. On November 21, 2019, the court screened the complaint and found that, although Plaintiff stated an excessive force claim, he failed to identify the person or persons who may be liable. As a result, the court directed that the case proceed with only the Milwaukee County Sheriff named as a defendant for the limited purpose of providing written discovery to assist Plaintiff in identifying the individuals who he claims violated his constitutional rights. The court ordered that by February 21, 2020, Plaintiff file an amended complaint identifying the individual defendants Plaintiff claims violated his rights. The court warned that a failure to do so would result in the dismissal of his action. To date, Plaintiff has neither filed an amended complaint identifying the individuals he claims violated his rights nor requested an extension of time to do so. Accordingly, this case is **DISMISSED** for Plaintiff's failure to prosecute. *See* Civil L.R. 41(c). The Clerk is directed to enter judgment accordingly.

    **SO ORDERED** at Green Bay, Wisconsin this 28th day of February, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach, District Judge
                                              United States District Court